**No. 10-7758. Arnold L. Jackson, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 966, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 36.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 372 Fed. Appx. 434.

**No. 10-7759. James O. Omotosho, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 966, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 77.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7760. Richard Potts, Petitioner v. United States.**

562 U.S. 1160, 131 S. Ct. 966, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 445.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7766. Luis Fernando Garcia Blanca, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 966, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 161.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-7769. Garland Ellison, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 966, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 359.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 400 Fed. Appx. 722.

**No. 10-7774. Adam Dmytryszyn, Petitioner v. Colorado.**

562 U.S. 1161, 131 S. Ct. 967, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 27.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Colorado denied.

**No. 10-7778. Anthony Bucci, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 967, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 87.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-7779. Carlos Rene Gomez-Murillo, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 967, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 583.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 392 Fed. Appx. 341.

**No. 10-7780. Tommy O. Hardin, Petitioner v. Illinois.**

562 U.S. 1161, 131 S. Ct. 967, 178 L. Ed. 2d 795, 2011 U.S. LEXIS 47.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 238 Ill. 2d 33, 342 Ill. Dec. 555, 932 N.E.2d 1016.